```
2
```
Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA  95353-3051
Tel (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | CASE NO. 18-14914-B-13F |
| Maria Teresa Avila | DC NO.:　LGT-1 |
| | CHAPTER 13 PROCEEDING |
| Debtor | MOTION TO DISMISS PURSUANT TO 11 U.S.C.　§1307 |
| | DATE:　July 31, 2024<br>TIME:　9:30 a.m.<br>PLACE:　U.S. Courthouse<br>　　　　5th Floor, Dept. B, Courtroom 13<br>　　　　2500 Tulare Street<br>　　　　Fresno, Ca 93721 |
| | JUDGE:  Hon. Rene Lastreto II |

**TO THE DEBTOR AND DEBTOR'S ATTORNEY:**

**YOU AND EACH OF YOU**   are hereby notified that Lilian G. Tsang, Chapter 13 Standing Trustee, will move to **DISMISS FOR CAUSE** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

　　1.　Material default by the Debtor with respect to a term of a confirmed plan. [11 U.S.C. §1307(c)(6)]

　　2.　Termination of a confirmed plan by reason of the occurrence of a condition specified in the plan other than completion of payments under the plan. [11 U.S.C. §1307(c)(8)]

　　3.　Debtor has failed to make all payments to creditors under the plan.

　　4.　Debtor's Chapter 13 Petition was filed on December 11, 2018.

　　5.　Debtor proposed a 60-month plan. Month 60 was December 2023.

\\\

-1-

6. As of June 20, 2024, the total claims filed herein require an aggregate payment of $125,887.20. Debtor has only paid $124,910.36. Therefore, the remaining claims, plus trustee compensation that need to be paid pursuant to the plan, total $976.84.

7. A review of Debtor's Schedules A/B and D shows that Debtor's significant assets, vehicles, and real property are over encumbered. Debtor's claim exemptions in the remaining assets. Because there is no equity to be realized for the benefit of the estate, dismissal, rather than conversion to chapter 7, is in the best interests of creditors and the estate.

**WHEREFORE**, the Trustee requests the court dismiss this case.

DATED: 6-20-2024            Respectfully submitted,

/s/ Lilian G. Tsang
Lilian G. Tsang, Chapter 13 Trustee