Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Tel (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARIA TERESA AVILA<br><br>Debtor, | Case No.: 18-14914<br><br>DC NO. LGT-2<br><br>CHAPTER 13<br><br>ORDER ON CHAPTER 13 TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE FRBP 3002.1<br><br>DATE:　October 23, 2024<br>TIME:　9:30 a.m.<br>PLACE:　U.S. Courthouse<br>　　　　5th Floor, Dept. B, Courtroom 13<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA 93721<br><br>JUDGE: HON. Rene Lastreto II |

The Trustee's Motion for Determination of Final Cure came on for hearing on October 23, 2024, at 9:30 a.m., before the Honorable Rene Lastreto II, United States Bankruptcy Judge, presiding. Appearances were noted on the record.

IT IS HEREBY ORDERED,

1. The Chapter 13 Trustee has made all of the payments to Wilmington Savings Fund Society, FSB c/o Selene Finance LP that were required pursuant to the Debtor's confirmed Chapter 13 Plan.

2. Debtor has cured her pre-petition default on the loan with Wilmington Savings Fund Society, FSB c/o Selene Finance, LP.

//

//

3. The Debtor is current on the mortgage payments which came due between January 17, 2019 and December 17, 2023.

4. This order does not address the December 17, 2018 mortgage payment or any mortgage payments that came due after December 17, 2023 as those matters were not before the court in the context of the Trustee's Motion for Determination of Final Cure.

Date: 11/27/2024

*/s/ Theron Covey*
Approved by Theron Covey
Attorney for Creditor

Dated: Dec 03, 2024

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

-2-